IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No.: 07-mj-01027-OES

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MONICA TORRES-BELLOT,
    a/k/a Monica Lopez,

    Defendant.

---

## ORDER OF RELEASE

---

The Government has filed a motion asking that the arrest warrant be quashed as to the person identified in open court on February 7, 2007, as Monica Lopez. The Government motion asks for the release of Monica Lopez at this tme.

The Government's motion shall be and is hereby granted. The arrest warrant is quashed. The detention hearing set for February 12, 2007, is vacated. The United States Marshal's Service is hereby ordered and directed to release said Monica Lopez from custody.

It is so ordered.

Signed and entered this 8th day of February, 2007, at Denver, Colorado.

BY THE COURT:

United States Magistrate Judge
District of Colorado